**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTHOUSE RESOURCES INC.,[1] | Case No. 20-13056 (CTG) |
| Debtor. | |
| LIGHTHOUSE RESOURCES INC., | |
| Plaintiff, | Adv. Proc. No. 24-50144 (CTG) |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Plaintiff Lighthouse Resources Inc. ("Lighthouse"), by and through its undersigned counsel, moves for summary judgment (the "Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable hereto by Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as to Defendant Atlantic Specialty Insurance Company's ("Atlantic") liability on all of the claims asserted in the *First Amended and Supplemented Complaint* [Docket No. 115] (the "Complaint"). In support of this Motion, Lighthouse relies upon its Opening Brief in Support of its Motion for Summary Judgment as to Liability (the "Opening Brief"), filed contemporaneously with this Motion.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

WHEREFORE, for the reasons set forth in the accompanying Opening Brief, Lighthouse respectfully requests that the United States Bankruptcy Court for the District of Delaware (the "Court") enter an order, substantially in the form attached hereto as **Exhibit A**, granting summary judgment in Lighthouse's favor as to Atlantic's liability asserted in the Complaint.

Dated: February 4, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jesse L. Noa*
L. Katherine Good (No. 5101)
Jesse L. Noa (No. 5973)
James R. Risener III (No. 7334)
Hannah L. Paxton (No. 7096)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  kgood@potteranderson.com
      jnoa@potteranderson.com
      jrisener@potteranderson.com
      hpaxton@potteranderson.com

*Counsel for Lighthouse Resources, Inc.*