**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGHTHOUSE RESOURCES INC.,[2]<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-13056 (CTG) |
| LIGHTHOUSE RESOURCES INC.,<br><br>      Plaintiff,<br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>      Defendant. | Adv. Proc. No. 24-50144 (CTG)<br><br><br><br>**Re: Adv. Docket No. ___** |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Upon consideration of the *Plaintiff's Motion for Summary Judgment as to Liability* (the "Motion")[3] by Plaintiff Lighthouse Resources Inc., pursuant to Federal Rule 56, made applicable hereto by Bankruptcy Rule 7056; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby:

---

[2] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

[3] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Motion.

2

**ORDERED, ADJOURNED, AND DECREED THAT:**

1.    The Motion is **GRANTED** as set forth herein.

2.    Summary judgment is entered in favor of Plaintiff Lighthouse Resources Inc. as to Defendant Atlantic Specialty Insurance Company's liability on all claims asserted in the Complaint.

3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.