**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTHOUSE RESOURCES INC.,[1] | Case No. 20-13056 (CTG) |
|       Debtor. | |
| LIGHTHOUSE RESOURCES INC., | |
|       Plaintiff, | Adv. Proc. No. 24-50144 (CTG) |
|    v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
|       Defendant. | **Re: Adv. Docket No. 134** |

**DECLARATION OF JESSE L. NOA IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

I, Jesse L. Noa, hereby declare under penalty of perjury:

1.     Lighthouse Resources, Inc., the successor to the debtor in the above-captioned chapter 11 case (the "Chapter 11 Case") and the plaintiff (the "Plaintiff") in the above-captioned adversary proceeding, retained the law firm of Potter Anderson & Corroon LLP to represent it in connection with the Chapter 11 Case.  I am a partner at Potter Anderson & Corroon LLP and one of the attorneys representing the Plaintiff.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of that certain *Transcript of Motion to Dismiss Ruling*, dated July 1, 2025.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of that certain *Opinion Denying Motion for Leave to Amend*, dated January 28, 2026.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of that certain *Reclamation Trust Entity and Distribution Agreement*, dated April 7, 2021 (the "Reclamation Trust Agreement"), by and among the Reorganized Debtors, the Reclamation Trust Entity Representative, the Senior Secured Lenders, the Class A Reclamation Trust Entity Interests Agent, the Sureties, and the Reclamation Trust Delaware Trustee, as each of those terms is defined in the Reclamation Trust Agreement.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of that certain document bates stamped LHR0005774.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of that certain document bates stamped ASIC_010261.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of that certain document bates stamped LHR0005608.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of that certain document bates stamped LHR0005822.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of that certain document bates stamped ASIC_010181.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of that certain document bates stamped ASIC_010199.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of that certain document bates stamped ASIC_009821.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of that certain document bates stamped ASIC_009823.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of that certain document bates stamped ASIC_010233.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of that certain document bates stamped ASIC_010202.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of that certain document bates stamped LHR0010887.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of that certain document bates stamped LHR0012648.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of that certain document bates stamped LHR00007582.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of that certain document bates stamped LHR00007157.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of that certain document bates stamped ASIC_010175.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of that certain document bates stamped ASIC_010195.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of that certain document bates stamped ASIC_009772.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of that certain *Reclamation Sinking Fund Agreement*, dated April 7, 2021 (the "Sinking Fund Agreement"), by and among the Reorganized Debtors, the Lighthouse Reclamation Trust, the Senior Secured Lenders, and the Sureties, as each of those terms is defined in the Sinking Fund Agreement.

23.    Attached hereto as **Exhibit 22** is a true and correct copy of those certain *Lighthouse Resources Inc. Board Meeting Minutes*, dated December 5, 2023.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of those certain *Lighthouse Resources Inc. Board Meeting Minutes*, dated December 10, 2024.

25.    Attached hereto as **Exhibit 24** is a true and correct copy of that certain *Correspondence from Lighthouse Resources Inc. to Atlantic Specialty Insurance Company re: Lighthouse Reclamation Trust – Reclamation Sinking Fund Agreement*, dated June 25, 2025.

26.    Attached hereto as **Exhibit 25** is a true and correct copy of that certain *Response to June 25, 2025 Letter*, dated July 3, 2025.

27.    Attached hereto as **Exhibit 26** is a true and correct copy of that certain *General Indemnity Agreement*, dated November 10, 2016 (the "Indemnity Agreement"), by and among Indemnitors and the Surety, as each of those terms is defined in the Indemnity Agreement.

28.    Attached hereto as **Exhibit 27** is a true and correct copy of that certain *Tolling Agreement*, (the "Tolling Agreement"), by and among the Sureties and Black Butte, as each of those terms is defined in the Tolling Agreement.

29.    Attached hereto as **Exhibit 28** is a true and correct copy of that certain *Reclamation Trust Entity Bonding Agreement*, dated April 7, 2021 (the "Bonding Agreement"), by and among the Reorganized Coal Side Debtors, the Lighthouse Reclamation Trust, and the Sureties, as each of those terms is defined in the Bonding Agreement.

30.    Attached hereto as **Exhibit 29** is a true and correct copy of that certain *60-Day Notice of Termination of Tolling Agreement*, dated July 29, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true correct.

Dated: February 4, 2026     Respectfully submitted,

            */s/ Jesse L. Noa*
            Jesse L. Noa (No. 5973)