# EXHIBIT 4

 **Marsh**

Danny Hall
SVP - Mining and Energy Surety Leader

Marsh USA Inc.
1225 17th Street
Suite 1300
Denver, CO  80202-5534
T  +1 502 217 8495  M  +1 859 227 4535
danny.hall@marsh.com
www.marsh.com

Michelle Randall
Vice President - Surety Risk Solutions
Zurich North America
600 Red Brook Blvd.
Owings Mills, MD 21117

July 12, 2022

Subject: Lighthouse Reclamation Trust Entity Board

Dear Michelle-

At the request of Zurich North America, I hereby submit my resignation as the Sureties representative on the Lighthouse Reclamation Trust Entity Board.

Regards,

Danny Hall

A business of Marsh McLennan

LHR0005774