# EXHIBIT 5

# Re: Resolution for Black Butte Environmental Impact Study

---

**From: Michael Ricci <Michael.Ricci@respec.com>**                    Tue, May 21, 2024 at 8:35 AM CDT (GMT-05:00)
To: John Sebastian <jsebastian@watttieder.com>; Marc Domres <marc.domres@zurichna.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>; Chris Edwards <chris.edwards@zurichna.com>; Dahl, Terry J. <TDahl@intactinsurance.com>

---

[E!] Warning! This email originated outside of our organization.
[E!] Attention! Ce courriel provient de l'extérieur de notre organisation.

John,

I was my understanding that the trust funds could not be used to fund BB operations.  I contacted Tay to confirm.  This is correct.  This expenditure will not be funded by the trust.

Mike

  

Michael Ricci
RESPEC
C: 859-361-4540

---

**From:** John Sebastian <jsebastian@watttieder.com>
**Sent:** Wednesday, May 15, 2024 10:17 PM
**To:** Michael Ricci <Michael.Ricci@respec.com>; Marc Domres <marc.domres@zurichna.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>; Chris Edwards <chris.edwards@zurichna.com>; Dahl, Terry J. <TDahl@intactinsurance.com>
**Subject:** Re: Resolution for Black Butte Environmental Impact Study

Mike,

Where are the funds coming from?  If they are funds in the trust Intact objects.  If they are funds that Black Butte has then Intact doesn't object.

**John E. Sebastian**
**Watt, Tieder, Hoffar & Fitzgerald LLP**
**Attorneys at Law**
**10 South Wacker Drive, Suite 1100**
**Chicago, Illinois 60606**
**c: 312-479-7474 | d: 312-219-6912**
**Chicago | D.C. Metro | Irvine | Miami | Boston**

---

**From:** Michael Ricci <Michael.Ricci@respec.com>
**Sent:** Wednesday, May 15, 2024 4:13:20 PM
**To:** Marc Domres <marc.domres@zurichna.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>; John Sebastian <jsebastian@watttieder.com>; Chris Edwards <chris.edwards@zurichna.com>
**Subject:** Fw: Resolution for Black Butte Environmental Impact Study

~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~

All,

Please find attached a resolution Tay is asking the board to approve. This authorizes hiring a contractor to complete an Environmental Impact Study for Black Butte. Tay's email, included below, explains the need for the EIS. The total cost over a 3-year period will be ~$404k.

Pit 15 contains about 8 million tons of coal at a 7:1 strip ratio. The current mining is occurring in pit 14 which has an 18:1 ratio.

I intend to sign the resolution. Please let me know if you disagree.

Mike



Michael Ricci
RESPEC
C: 859-361-4540

**From:** Tay Tonozzi <t.tonozzi@lhr-inc.com>
**Sent:** Tuesday, May 14, 2024 4:44 PM
**To:** Michael Ricci <Michael.ricci@respec.com>; Ross R. Bhappu <RBhappu@rcflp.com>; Gilbert Nathan <gil@jacksonsquareadvisors.com>; Jeremy Stillings <jstillings@gmail.com>; Peter Hurwitz <ph@dundon.com>; am@dundon.com <am@dundon.com>
**Cc:** Darin Adlard <d.adlard@lhr-inc.com>; Jason Russell <j.russell@aecoal.com>
**Subject:** Resolution for Black Butte Environmental Impact Study

Gentlemen,

Attached you will find a Resolution to conduct an Environmental Impact Study "EIS" on the Pit 15 amendment area located at Black Butte. The study is needed to keep the process moving forward in hopes of receiving approval to mine the Pit 15 reserve. As part of the study, we will also bring our other active mining areas into compliance with our federal mine plan that has not been updated in over 30 years.

As you are aware, the cost to perform this study was not accounted for in the approved 2024 budget. So, I feel it is prudent to ask for approval from the Board prior to commencing work. The process will span from 2024 – 2026 and the costs to perform the study has been broken out by year in Exhibit A attached to the Resolution. The cost moving forward, 2025 and 2026, will be included in the proposed budget for the corresponding year.

Please review the attached and return the executed signature page if you approve of the transaction. If you have any questions or need additional information, please don't hesitate in contacting me.

Thank,

Tay



Tay Tonozzi
President and CEO
M 801.824.3557
t.tonozzi@lhr-inc.com
10920 South Jordan Gateway  |  South Jordan, UT 84095

Confidentiality Notice: This E-mail and any attachments is covered by the Electronic Communications Privacy Act, 18 U.S.C. & 2510-2524, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and permanently delete the original and destroy any copy, including printed copies of this email and any attachments thereto.

Disclaimer:

The information contained in this communication from jsebastian@watttieder.com is confidential and may be legally privileged. It is intended solely for use by michael.ricci@respec.com and others authorized to receive it. If you are not michael.ricci@respec.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Please consider the environment before printing this email.

ASIC_010263