**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGHTHOUSE RESOURCES INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 20-13056 (CTG) |
| LIGHTHOUSE RESOURCES INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>          Defendant. | Adv. Proc. No. 24-50144 (CTG)<br><br><br><br>**Re: Adv. Docket No. 155** |

**DECLARATION OF JESSE L. NOA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO THE OPENING BRIEF IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S MOTION PURSUANT TO RULE 56(D) TO DEFER CONSIDERATION OF LIGHTHOUSE'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

I, Jesse L. Noa, hereby declare under penalty of perjury:

1. Lighthouse Resources, Inc., the successor to the debtor in the above-captioned chapter 11 case (the "Chapter 11 Case") and the plaintiff (the "Plaintiff") in the above-captioned adversary proceeding, retained the law firm of Potter Anderson & Corroon LLP to represent it in connection with the Chapter 11 Case.  I am a partner at Potter Anderson & Corroon LLP and one of the attorneys representing the Plaintiff.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the following documents: (i) *Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories*, dated December 6, 2024; (ii) *Defendant's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents*, dated December 6, 2024; (iii) *Answers to Plaintiff's Second Set of*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

*Interrogatories*, dated December 23, 2024; (iv) *Responses to Plaintiff's Second Set of Requests for Production of Documents*, dated December 23, 2024; and (v) *Responses to Plaintiff's First Set of Requests for Admission*, dated December 6, 2024.

3.  Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the following documents: (i) *Plaintiff's Responses and Objections to Defendant/Counterplaintiff/Third-Party Plaintiff Atlantic Specialty Insurance Company's First Set of Interrogatories to Plaintiff/Counterdefendant Lighthouse Resources Inc.*, dated December 19, 2024; (ii) *Plaintiff's Responses and Objections to Defendant/Counterplaintiff/Third-Party Plaintiff Atlantic Specialty Insurance Company's First Set of Requests for Admission to Plaintiff/Counter-Defendant Lighthouse Resources Inc.*, dated December 19, 2024; and (iii) *Lighthouse Resources Inc.'s Responses and Objections to Defendant/Counter-Plaintiff/Third-Party Plaintiff Atlantic Specialty Insurance Company's First Set of Requests for Production to Plaintiff/Counter-Defendant Lighthouse Resources Inc.*, dated December 19, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true correct.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Jesse L. Noa*

Jesse L. Noa (No. 5973)