**NIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGHTHOUSE RESOURCES INC.,[1]<br><br>     Debtor. | Chapter 11<br><br>Case No. 20-13056 (CTG) |
| LIGHTHOUSE RESOURCES INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>     Defendant. | Adv. Proc. No. 24-50144 (CTG)<br><br>**Re: Adv. Docket No. 134** |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT REGARDING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to Rule 7007-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Lighthouse Resources Inc. ("Lighthouse"), by and through its undersigned counsel, hereby respectfully requests oral argument on *Plaintiff's Motion Summary Judgment as to Liability* [Adv. Docket No. 134] (the "Motion"). Lighthouse submits that oral argument will be beneficial to the Court and hereby requests that oral argument on the Motion be scheduled at the Court's convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

Dated: March 2, 2026
  Wilmington, Delaware

Respectfully submitted,

*/s/ Jesse L. Noa*
L. Katherine Good (No. 5101)
Jesse L. Noa (No. 5973)
James R. Risener III (No. 7334)
Hannah L. Paxton (No. 7096)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  kgood@potteranderson.com
  jnoa@potteranderson.com
  jrisener@potteranderson.com
  hpaxton@potteranderson.com

*Counsel for Lighthouse Resources, Inc.*