# EXHIBIT A

| | |
|---|---|
| **From:** | Brian Padove |
| **To:** | Noa, Jesse L.; Ronald Gellert; Shauntay Rivera; James P. Minogue; John Sebastian |
| **Cc:** | Good, L. Katherine; Paxton, Hannah L. |
| **Subject:** | RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD |
| **Date:** | Saturday, January 25, 2025 9:10:00 PM |
| **Attachments:** | image001.png |

Counsel –

Per your request today, the documents identified in your email can be downloaded at the below link:

https://watttieder.ftptoday.com/Share_Out/?
out=_CALlmk90VP22julAmRmu5P8i_mp5Nn5lha

Best,
Brian

Brian C. Padove

**WATT TIEDER HOFFAR & FITZGERALD, LLP**

10 S. Wacker Drive, Suite 1100
Chicago, Illinois 60606
p: 312.219.6900 | d: 312.219.6920 | c: 219.794.4123
Email:  bpadove@watttieder.com
www.watttieder.com
Washington DC Metro | Irvine | Chicago | Miami | Boston

---

**From:** Noa, Jesse L. <jnoa@potteranderson.com>
**Sent:** Saturday, January 25, 2025 11:49 AM
**To:** Brian Padove <bpadove@watttieder.com>; Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** Re: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

==~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~==

---

Counsel,

This production remains deficient and is missing images for ASIC_009730 - ASIC_010213.
 Please provide immediately.

All rights are reserved.

Best,

Jesse

**Jesse L. Noa**  | Partner

**Potter Anderson** Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6146
jnoa@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Brian Padove <bpadove@watttieder.com>
**Sent:** Friday, January 24, 2025 10:27:54 PM
**To:** Noa, Jesse L. <jnoa@potteranderson.com>; Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** [EXT] RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Counsel –

The image and text files requested can be found at the below link:

https://watttieder.ftptoday.com/Share_Out/?out=_wbThd6zgUXXrWvKRG05iC13OzAR1L9UB3m

As to the privilege log, we will provide a privilege log in accordance with applicable law.

Thank you,
Brian

Brian C. Padove
**WATT TIEDER HOFFAR & FITZGERALD, LLP**
10 S. Wacker Drive, Suite 1100
Chicago, Illinois 60606
p: 312.219.6900 | d: 312.219.6920 | c: 219.794.4123
Email:  bpadove@watttieder.com
www.watttieder.com
Washington DC Metro | Irvine | Chicago | Miami | Boston

**From:** Noa, Jesse L. <jnoa@potteranderson.com>
**Sent:** Friday, January 24, 2025 9:17 AM
**To:** Brian Padove <bpadove@watttieder.com>; Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~

Counsel,

The production remains deficient for the reasons stated below.  These issues need to be corrected immediately.

- It is missing document images for ASIC_007729 to ASIC_008630 and ASIC_008729 to ASIC_009630;
- It is missing image and text files for ASIC_010213 - ASIC_010403;
- We need an explanation for the difference in bates number ranges from last night's production and the production on January 22.

Regarding the hit reports, those are run before reviews are completed and should be readily available and need to be provided immediately.

Regarding the additional documents you reference, what is the volume and expected time of production?

Regarding the privilege log, at the risk of stating the obvious but to avoid a dispute next week, it should include the following:

- Entry number
- Beginning and end bates (if applicable, only for mixed privilege families)
- Family time and date
- File type (email, word, excel, etc.)
- Email to, from, cc, bcc
- Email subject
- Document file name
- Document author
- Privilege type (attorney client, work product, etc.)
- Narrative privilege description
- Identification of counsel or players list

Additionally, in light of Atlantic's position that Danny Hall and Michael Ricci are not representatives of the sureties, no documents in which they are included should be withheld.  Should documents be withheld with those individuals included in the communications, we will immediately go to the Court for relief and will seek our fees as a sanction.

We reserve on all issues.

Best,

Jesse

**Jesse L. Noa** | Partner



Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6146
jnoa@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Brian Padove <bpadove@watttieder.com>
**Sent:** Thursday, January 23, 2025 8:19 PM
**To:** Noa, Jesse L. <jnoa@potteranderson.com>; Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** [EXT] RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Counsel –

The re-processed document referenced in my below can be found at the below link (**please note that the link will remain valid for five (5) days**). Please advise if there are any additional technical issues with this production.

https://watttieder.ftptoday.com/Share_Out/?out=_JCGtnw3R9YoHIN7KgotByia1Nby8PS5WQm

Additionally, per your request, the joint defense/common interest agreement can be found at ASIC_009825-ASIC_009834.

Best,
Brian

Brian C. Padove
**Watt Tieder Hoffar & Fitzgerald, LLP**
10 S. Wacker Drive, Suite 1100
Chicago, Illinois 60606
p: 312.219.6900 | d: 312.219.6920 | c: 219.794.4123
Email:  bpadove@watttieder.com
www.watttieder.com
Washington DC Metro | Irvine | Chicago | Miami | Boston

---

**From:** Brian Padove
**Sent:** Thursday, January 23, 2025 4:48 PM
**To:** Noa, Jesse L. <jnoa@potteranderson.com>; Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

Counsel –

We are addressing your comments below in bold:

- A reproduction of Defendant's documents with, as promised by counsel, load files and metadata;
    - **A reproduction is being reprocessed through an e-discovery vendor and will be provided as soon as it is completed along with load files and metadata.**

- A full list of Defendant's custodians.  We requested confirmation that John Sebastian was a custodian and have not received a response.  In light of the attached example, it is clear that John has responsive, non-privileged, and non-duplicative documents.  This is a simple inquiry which should have already been answered;
    - **Custodians – Terry Dahl and Brielle Tavaglione.  ASIC will not be including Mr. Sebastian as a custodian as John Sebastian / Watt Tieder are not parties to the litigation.  As you are aware, John Sebastian / Watt Tieder represent Intact/ASIC in connection with the litigation.   Furthermore, John Sebastian / Watt Tieder are not in possession of any non-duplicate emails as any emails in this matter should be included in the ASIC's production or Lighthouse's production.**

- A full detailing of Defendant's search protocol including written confirmation that outside counsel performed a review of the documents;
    - **Confirmation as to detailed protocol of search protocol will be provided and is pending outside IT input. Outside counsel at Watt Tieder has or will review all documents produced by ASIC in this action.**

- Defendant's search terms and hit reports;
    - **Defendant's search Terms are set forth in the attached Document and applicable hit reports will be produced.**

- Defendant's position on whether yesterday's production is substantially complete, and if not, how many documents remain and when they will be produced;
  - **Defendant has made a good faith effort to substantially complete its production in line with its responses and objections to Plaintiff's Requests for Production. Additional documents are being reviewed and will be processed and produced as soon as practicable**

- During the meet and confer, it was also promised that Defendant would provide its position on the protective order as well as verification to the interrogatory responses by yesterday.  Neither have been received and need to be provided today;
  - **ASIC's Co-Counsel has provided the foregoing.**

- Identification of the joint defense agreement by bates number; and
  - **This will be addressed and identified in the re-processed production that is currently being processed.**

- Confirmation that Defendant's privilege log will be provided no later than 5:00 pm on January 29.
  - **Defendant's privilege log will be provided by no later than 5:00 p.m. eastern on January 29, 2025.**

Thank you,
Brian

Brian C. Padove
**WATT TIEDER HOFFAR & FITZGERALD, LLP**
10 S. Wacker Drive, Suite 1100
Chicago, Illinois 60606
p: 312.219.6900 | d: 312.219.6920 | c: 219.794.4123
Email:  bpadove@watttieder.com
www.watttieder.com
Washington DC Metro | Irvine | Chicago | Miami | Boston

---

**From:** Noa, Jesse L. <jnoa@potteranderson.com>
**Sent:** Thursday, January 23, 2025 2:04 PM
**To:** Ronald Gellert <rgellert@gsbblaw.com>; Shauntay Rivera <srivera@watttieder.com>; Brian Padove <bpadove@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~

Ron,

Thank you for providing and we will review.  As for the protective order, that change is fine and we will get it on file shortly.  We look forward to your co-counsel's prompt response to the remainder of our

email.

Best,

Jesse



**Jesse L. Noa** | Partner

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6146
jnoa@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Ronald Gellert <rgellert@gsbblaw.com>
**Sent:** Thursday, January 23, 2025 2:51 PM
**To:** Noa, Jesse L. <jnoa@potteranderson.com>; Shauntay Rivera <srivera@watttieder.com>; Brian Padove <bpadove@watttieder.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** [EXT] Re: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Jesse in response to some of your questions,

- The protective order is generally okay with us – the only "revision" we would have is non-substantive (I believe there was a typo on the first page – highlighted here).
- Complete PDF versions of Atlantic's prior interrogatory answers with verifications are attached.
- Atlantic's answer and objections to Plaintiff's revised Interrogatory No. 15 with verification.

I was holding them back in order to send with a proposed Black Butte schedule, but wanted to get these to you asap.

I will let Brian/John address the others when they are able.

Ronald S. Gellert

Gellert Seitz Busenkell & Brown LLC

1201 North Orange Street, 3rd Floor

Wilmington, DE 19801

302-425-5806

215-450-1051 (cell)

rgellert@gsbblaw.com

http://www.gsbblaw.com/

IRS Circular 230 Disclosure:

Pursuant to Treasury Regulations, any tax advice contained in this communication is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person tax advice addressed herein.

Disclaimer:  The information contained in this communication is confidential and only for the use of the intended addressee(s).  If you have received this communication in error, any disclosure or use of such information is strictly prohibited.  Please notify the sender immediately and destroy all copies.  Thank you.

---

**From:** Noa, Jesse L. <jnoa@potteranderson.com>
**Sent:** Thursday, January 23, 2025 2:06 PM
**To:** Shauntay Rivera <srivera@watttieder.com>; Brian Padove <bpadove@watttieder.com>; Ronald Gellert <rgellert@gsbblaw.com>; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

Resending as it looks like there was a typo in Ron's email in the original exchange.

Best,

Jesse

**Jesse L. Noa** | Partner

**Potter Anderson & Corroon LLP** | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6146
jnoa@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

**From:** Noa, Jesse L.
**Sent:** Thursday, January 23, 2025 1:09 PM
**To:** Shauntay Rivera <srivera@watttieder.com>; Brian Padove <bpadove@watttieder.com>; rgellert@gbblaw.com; James P. Minogue <jminogue@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

Counsel,

We are in receipt of Defendant's production and it is facially deficient.  For example, Defendant has produced a 2,395 page PDF which improperly consolidates a multitude of documents and communications and lacks relevant metadata.  This was particularly surprising given Brian's confirmation at our meet and confer on Tuesday that the production would have metadata and load files.  Moreover, whether due to its size or an inherent defect, the PDF consistently crashes.  Defendant's production is also bare in its lack of communications and other documents that were expected to be included in light of Plaintiff's requests.  As you are aware, yesterday was the substantial completion deadline.  In light of this, we no longer have confidence in Defendant's production or its representations regarding its review protocol.  Accordingly, please provide the following by **6:00 pm today**, in writing, or we will bring these matters to the Court's attention tomorrow pursuant to Paragraph 7 of the Scheduling Order:

- A reproduction of Defendant's documents with, as promised by counsel, load files and metadata;
- A full list of Defendant's custodians.  We requested confirmation that John Sebastian was a custodian and have not received a response.  In light of the attached example, it is clear that John has responsive, non-privileged, and non-duplicative documents.  This is a simple inquiry which should have already been answered;
- A full detailing of Defendant's search protocol including written confirmation that outside counsel performed a review of the documents;
- Defendant's search terms and hit reports;

Defendant's position on whether yesterday's production is substantially complete, and if not, how many documents remain and when they will be produced;

- During the meet and confer, it was also promised that Defendant would provide its position on the protective order as well as verification to the interrogatory responses by yesterday.  Neither have been received and need to be provided today;
- Identification of the joint defense agreement by bates number; and
- Confirmation that Defendant's privilege log will be provided no later than 5:00 pm on January 29.

Best,

Jesse

---

**From:** Shauntay Rivera <srivera@watttieder.com>
**Sent:** Wednesday, January 22, 2025 11:35 PM
**To:** Good, L. Katherine <kgood@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Cc:** rgellert@gbblaw.com; John Sebastian <jsebastian@watttieder.com>; Brian Padove <bpadove@watttieder.com>; James P. Minogue <jminogue@watttieder.com>
**Subject:** [EXT] RE: Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

---

Dear Counsel:

Atlantic's document production may be accessed via the following link:
https://watttieder.ftptoday.com/Share_Out/?out=_BuG1obW43y_L9WBXQRjIdoZQii9OM02mhs

Kindly advise if you experience any difficulties with accessing the same.  Note that the link will remain valid for five (5) days.

Thank you.

**Shauntay Rivera**
**Office Manager/Paralegal**
**Watt, Tieder, Hoffar & Fitzgerald, L.L.P.**
**Attorneys At Law**
**10 South Wacker Drive, Suite 1100 | Chicago, Illinois 60606**
**p:  312.219.6900  |  d:  312.219.6916 |  f:  773.770.6443**
**e:  srivera@watttieder.com  | w:  www.watttieder.com**

**Boston | Chicago | D.C. Metro | Irvine | Miami**

---

**From:** Paxton, Hannah L. <hpaxton@potteranderson.com>
**Sent:** Wednesday, January 22, 2025 6:54 PM
**To:** Ronald Gellert <rgellert@gsbblaw.com>; Brian Padove <bpadove@watttieder.com>; John Sebastian <jsebastian@watttieder.com>
**Cc:** Noa, Jesse L. <jnoa@potteranderson.com>; Good, L. Katherine <kgood@potteranderson.com>
**Subject:** Lighthouse Resources Inc. v. Atlantic Specialty Insurance Co., No. 24-50144-JTD - Document Production Password

<mark>~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~</mark>

---

Counsel,

The password to decrypt production volume LHR0001 is pasted below:

dm7Fx0YJNycR

Regards,


**Hannah L. Paxton**  | Associate
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6145
hpaxton@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

Disclaimer:
The information contained in this communication from srivera@watttieder.com is confidential and may be legally privileged. It is intended solely for use by jnoa@potteranderson.com and others authorized to receive it. If you are not jnoa@potteranderson.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Please consider the environment before printing this email.

Disclaimer:
The information contained in this communication from bpadove@watttieder.com is confidential and may be legally privileged. It is intended solely for use by jnoa@potteranderson.com and others authorized to receive it. If you are not jnoa@potteranderson.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Please consider the environment before printing this email.

Disclaimer:
The information contained in this communication from bpadove@watttieder.com is confidential and may be legally privileged. It is intended solely for use by jnoa@potteranderson.com and others authorized to receive it. If you are not jnoa@potteranderson.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Please consider the environment before printing this email.