# EXHIBIT B

**From:**
**To:**
**Subject:**
**Date:**
**Attachments:**





**From:** Michael Ricci <Michael.Ricci@respec.com>
**Sent:** Thursday, May 1, 2025 1:40 PM
**To:** Chris Edwards <chris.edwards@zurichna.com>; Marc Domres <marc.domres@zurichna.com>; John Sebastian <jsebastian@watttieder.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>
**Subject:** Re: Emergency BOD Meeting

==~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~==

All,

Clearly, Intact and Zurich have different positions on the plan that will be presented today.  After Tay's presentation of the plan, I will vote what I believe is the best interest of the trust.  I will be voting against the wishes of one of the sureties.  I will make it clear that my vote is as a board member, not a representative of the sureties; and that it is contrary to at least one of sureties.

Mike



**Michael Ricci**
✉ Michael.Ricci@respec.com
☐ 859-361-4540

**From:** Michael Ricci <Michael.Ricci@respec.com>

**Sent:** Thursday, May 1, 2025 11:43 AM
**To:** Chris Edwards <chris.edwards@zurichna.com>; Marc Domres <marc.domres@zurichna.com>; John Sebastian <jsebastian@watttieder.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>
**Subject:** Re: Emergency BOD Meeting

All,

Please find attached the documents related to today's emergency Board meeting.

Mike



**Michael Ricci**

✉ Michael.Ricci@respec.com

☐ 859-361-4540

---

**From:** Michael Ricci <Michael.Ricci@respec.com>
**Sent:** Tuesday, April 29, 2025 2:59 PM
**To:** Chris Edwards <chris.edwards@zurichna.com>; Marc Domres <marc.domres@zurichna.com>; John Sebastian <jsebastian@watttieder.com>; Tavaglione, Brielle M. <BTavaglione@intactinsurance.com>
**Subject:** Fw: Emergency BOD Meeting

All,

I am forwarding an email I received from Tay Tonozzi today.  In response to his request, we now have an emergency board meeting scheduled for May 1 at 3:00 pm eastern.

I spoke with Tay on 03/27 to get an update on Black Butte and Decker.  Our conversation was regarding the operational and reclamation status and issues of both mines.  He shared with me that he was talking with Zurich to find possible funding solutions, but he did not share any details.  I do not know what the proposed plan is at this time.

Mike



**Michael Ricci**

✉ Michael.Ricci@respec.com

☐ 859-361-4540

**From:** Tay Tonozzi <t.tonozzi@lhr-inc.com>
**Sent:** Tuesday, April 29, 2025 11:43 AM
**To:** Gilbert Nathan <gil@jacksonsquareadvisors.com>; Jeremy Stillings <jstillings@gmail.com>; Jason McCoy <jmccoy@iron-properties.com>; Michael Ricci <Michael.ricci@respec.com>; Peter Hurwitz <ph@dundon.com>
**Cc:** Blythe Mason <b.mason@lhr-inc.com>; Jason Russell <j.russell@aecoal.com>
**Subject:** Emergency BOD Meeting

Gentlemen,

Sorry for the late request, but I need to have board meeting this week to discuss and approve a new mine plan along with a funding advance agreement.  Currently Jackson Kelly and the Zurich attorneys are working out the details of the funding advance agreement to ensure that we comply with the trust documents, we expect to have the document completed today or tomorrow.  I plan to send the new budget plan and the funding advance agreement to you no later than tomorrow night.  Could I ask for your **availability this Thursday (May 1<u>st</u>) or Friday (May 2<u>nd</u>)** to have a review, answer session and vote on the documents?  We have exhausted all the available funds at Decker and need this agreement, along with the new budget plan, to continue reclamation efforts at the operation.  Once again, sorry for the late notice and I appreciate your attention in this matter.  Please feel free to contact me if you have any conflicts or questions prior to the meeting.  Once I have everyone's available dates and times, I will send a team's invite.

Thank you,

Tay



**Tay Tonozzi**
**President and CEO**
**O** 801.539.3821
**t.tonozzi@lhr-inc.com**
10980 South Jordan Gateway  |  South Jordan, UT 84095

Confidentiality Notice: This E-mail and any attachments is covered by the Electronic Communications Privacy Act, 18 U.S.C. & 2510-2524, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby

notified that any retention, dissemination, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and permanently delete the original and destroy any copy, including printed copies of this email and any attachments thereto.