**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LIGHTHOUSE RESOURCES INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 20-13056 (CTG) |
| | ) | |
| | ) | |
| | ) | |
| LIGHTHOUSE RESOURCES INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-50144 (CTG) |
| | ) | |
| ATLANTIC SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BRIAN C. PADOVE IN SUPPORT OF ATLANTIC'S REPLY IN SUPPORT OF ITS MOTION PURSUANT TO RULE 56(D) TO DEFER CONSIDERATION OF LIGHTHOUSE'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY AND OBJECTION TO LIGHTHOUSE'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT**

I, Brian C. Padove, hereby declare under penalty of perjury:

1.      Atlantic Specialty Insurance Company, Defendant in the above-captioned adversary proceeding, retained the law firm of Watt, Tieder, Hoffar & Fitzgerald to represent it in connection with the Chapter 11 case and Adversary Proceeding. I am a partner at Watt, Tieder, Hoffar & Fitzgerald and one of the attorneys representing the Defendant and the foregoing statements are made based upon on my personal knowledge or belief and am competent to testify as to the matters stated.

1

21044916.1 103953.00009

2

2.      In the course of representing Atlantic Specialty Insurance Company in this matter, I receive and maintain emails and related communications in the ordinary course of business through my firm email account, which are maintained in electronic form.

3.      Attached hereto and identified as **Exhibit A** is a true and correct copy of an email chain dated January 22, 2025 through January 25, 2025. Included within that chain is an email sent by Jesse Noa from "jnoa@potteranderson.com" to myself, Brian Padove at bpadove@watttieder.com dated January 24, 2025 and time stamped 9:17 a.m. which I received on January 24, 2025 and which can be found at pp. 3-4 of **Exhibit A**, as well as other associated messages and headers reflected on the face of the exhibit which were received by and/or sent by, among others, myself at bpadove@watttieder.com. The attached copy is taken from the electronically maintained version of the emails as maintained in the ordinary course of business and it appears in the form maintained in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.


Dated: March 4, 2026

Respectfully submitted,

By: _/s/ Brian C. Padove_____
        Brian C. Padove

21044916.1 103953.00009