**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LIGHTHOUSE RESOURCES INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 20-13056 (CTG) |
| | ) | |
| | ) | |
| | ) | |
| LIGHTHOUSE RESOURCES INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-50144 (CTG) |
| | ) | |
| ATLANTIC SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JOHN E. SEBASTIAN IN SUPPORT OF ATLANTIC'S REPLY IN
SUPPORT OF ITS MOTION PURSUANT TO RULE 56(D) TO DEFER
CONSIDERATION OF LIGHTHOUSE'S MOTION FOR SUMMARY JUDGMENT AS
TO LIABILITY AND OBJECTION TO LIGHTHOUSE'S REQUEST FOR ORAL
ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT**

I, John E. Sebastian, hereby declare under penalty of perjury:

1.      Atlantic Specialty Insurance Company, Defendant in the above-captioned adversary proceeding, retained the law firm of Watt, Tieder, Hoffar & Fitzgerald to represent it in connection with the Chapter 11 case and Adversary Proceeding. I am a partner at Watt, Tieder, Hoffar & Fitzgerald and one of the attorneys representing the Defendant and the foregoing statements are made based upon on my personal knowledge or belief and am competent to testify as to the matters stated.

1

2.      In the course of representing Atlantic Specialty Insurance Company in this matter, I receive and maintain emails and related communications in the ordinary course of business through my firm email account, which are maintained in electronic form.

3.      Attached hereto and identified as **<u>Exhibit B</u>** is a true and correct copy of an email chain dated April 29, 2025 through May 1, 2025, including emails sent by Michael Ricci from "Michael.Ricci@respec.com" and an underlying email from Tay Tonozzi (t.tonozzi@lhr.com), as well as the associated forwarded messages and headers reflected on the face of the exhibit which were received by, among others, myself, John Sebastian at jsebastian@watttieder.com. I received the email identified on page 1 of **<u>Exhibit B</u>** on May 1, 2025. The attached copy is taken from the electronically maintained version of the emails as maintained in the ordinary course of business, except for redactions applied for attorney-client privilege and/or confidentiality.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 4, 2026

Respectfully submitted,

By: _/s/ John E. Sebastian_____

John E. Sebastian

21044914.1 103953.00009