**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTHOUSE RESOURCES INC., | Case No. 20-13056 (CTG) |
| Debtor. | |
| LIGHTHOUSE RESOURCES INC., | Adv. Proc. No. 24-50144 (CTG) |
| Plaintiff, | **Related Docket No. 157, 162** |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

## <u>ORDER SCHEDULING ORAL ARGUMENT</u>

The parties in this adversary proceeding have requested oral argument on: (i) Atlantic Specialty Insurance Company's Motion pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability [D.I. 148]; and (ii) Plaintiff's Motion for Summary Judgment as to Liability [D.I. 134] (collectively, the "Motions"). Pursuant to those requests [D.I. 157, 162], oral argument on the Motions is scheduled for **April 8, 2026, at 10:00 a.m.**

While the Court will hear argument on both motions at the April 8, 2026 hearing, it will only proceed to consider the merits of the summary judgment motion if it denies the motion to defer consideration.

Dated: March 5, 2026

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE