## EXHIBIT 1

**Proposed Scheduling Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTHOUSE RESOURCES INC.,[1] | Case No. 20-13056 (CTG) |
| Debtor. | |
| LIGHTHOUSE RESOURCES INC., | |
| Plaintiff,<br>v. | Adv. Proc. No. 24-50144 (CTG) |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | **Re: Adv. D.I. 169 & ___** |

## <u>SCHEDULING ORDER</u>

To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the following shall apply to this proceeding:

**IT IS HEREBY ORDERED** that:

1.       The parties shall confer regarding a schedule for the disposition of the remaining issues in this action and within 10 days of this Court's order on Lighthouse Resources Inc.'s Summary Judgment Motion, shall submit either (i) a joint scheduling order or (ii) competing scheduling orders to the Court.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.