**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTHOUSE RESOURCES INC.,[1] | Case No. 20-13056 (CTG) |
| Debtor. | |
| LIGHTHOUSE RESOURCES INC., | |
| Plaintiff, | Adv. Proc. No. 24-50144 (CTG) |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | **Re: Adv. Docket No. 180** |

**DECLARATION OF JESSE L. NOA IN SUPPORT OF PLAINTIFF'S
REPLY IN FURTHER SUPPORT OF MOTION FOR
SUMMARY JUDGMENT AS TO LIABILITY**

I, Jesse L. Noa, hereby declare under penalty of perjury:

1.      Lighthouse Resources, Inc., the successor to the debtor in the above-captioned chapter 11 case (the "Chapter 11 Case") and the plaintiff (the "Plaintiff") in the above-captioned adversary proceeding, retained the law firm of Potter Anderson & Corroon LLP to represent it in connection with the Chapter 11 Case.  I am a partner at Potter Anderson & Corroon LLP and one of the attorneys representing the Plaintiff.

2.      Attached hereto as **Exhibit 30** is a true and correct copy of that certain *Responses to Plaintiff's First set of Requests for Admission*, dated December 6, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true correct.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

2

Dated: April 27, 2026

Respectfully submitted,

*/s/ Jesse L. Noa*
Jesse L. Noa (No. 5973)

2