**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGHTHOUSE RESOURCES INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 20-13056 (JTD) |
| LIGHTHOUSE RESOURCES INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Adv. Proc. No. 24-50144 (CTG)<br><br><br>**Re: Adv. Docket No.** 180 |

**DECLARATION OF TAY TONOZZI IN SUPPORT**
**OF PLAINTIFF'S REPLY BRIEF IN FURTHER SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

I, Tay Tonozzi, President and Chief Executive Officer ("CEO") of Lighthouse Resources Inc. ("Lighthouse"), hereby declare under penalty of perjury:

1. I am the President and CEO of Lighthouse, an oil and gas company that delivers product, infrastructure, and logistics solutions with offices located at 10980 South Jordan Gateway, South Jordan, UT 84095. I am also a member of the Reclamation Trust Entity Board (the "Board"). I am authorized to submit this declaration (the "Declaration") on behalf of Lighthouse in support of its *Plaintiff's Reply Brief in Further Support of Plaintiff's Motion for Summary Judgment as to*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

*Liability* (the "Reply")[2] and the related briefing in support of *Plaintiff's Motion for Summary Judgment as to Liability. See* Adv. D.I. 134 & 135.

2.      In my capacity as President and CEO of Lighthouse, and as a result of my discussions with the Lighthouse's consultants and professionals, I have become familiar with Lighthouse's business and operations, financial affairs, and books and records.

3.      Except as otherwise indicated herein, the statements in this Declaration are based on: (i) my personal knowledge of, and familiarity with, Lighthouse's operations and the East Decker mining site reclamation; (ii) my review of relevant documents and information provided to me by advisors to Lighthouse or its professionals; (iii) my opinion based on my experience and knowledge of Lighthouse's financial and business affairs, including my knowledge of the industry in which Lighthouse operates; (iv) information that I have received from Lighthouse's advisors; or (v) Lighthouse's records maintained in the ordinary course of business. I have obtained this information during my tenure working with Lighthouse and its professionals, including Lighthouse's counsel.

4.      I am not being compensated specifically for this testimony other than through payments received in connection with my position as President and CEO of Lighthouse. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am over the age of 18 years and authorized to submit this Declaration on behalf of Lighthouse.

5.      I acted as a document custodian with respect to Exhibits 4, 6, 7, 14, 15, 16, 17, 22 and 23 to the *Declaration of Jesse L. Noa in Support of Plaintiff's Motion for Summary Judgment as to Liability* (each an "Exhibit") at all relevant times and certify to their authenticity.

6.      Exhibits 4, 6, 7, 14, 15, 16, 17, 22 and 23 are true and correct copies of records that:

---

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Reply.

2

A. Was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

B. Was kept in the course of regularly conducted business activity (i) by Lighthouse personnel or by persons acting under their control or (ii) by Board personnel or by persons acting under their control; and

C. Was made (i) by me or by a person acting at my behest or (ii) by the Board or by a person acting at its behest, in each case as a regular business activity as a regular practice.

7.      This Declaration is intended to satisfy the authentication requirement of rules 803(6), 901, and 902(11) of the Federal Rules of Evidence.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: April 27, 2026

Tay Tonozzi
President and Chief Executive Officer
Lighthouse Resources Inc

3